# Court of Appeals, State of Michigan

## ORDER

People of MI v Michael Alan Latimer

Docket No. 336692

LC No. 2015-256955

Thomas C. Cameron
Presiding Judge

Amy Ronayne Krause

Jonathan Tukel
Judges

The Court orders that the March 21, 2019 partial concurrence to the majority opinion is hereby AMENDED to correct a clerical error. On page 2, second full paragraph, the fifth sentence is amended to read: He merely maintained his basis for having believed he had no choice but to go to trial: that he did not intend to kill the victim and was primarily trying to get away.

In all other respects, the March 21, 2019 partial concurrence to the majority opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAR 2 6 2019

Date

Chief Clerk